## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:23-cv-01134-JFW(KKx)      Date January 19, 2024

Title: Ivan Rosas Torres v. Ashley Furniture Industries, LLC, et al.

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present       Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Joint Stipulation to Dismiss Case Pursuant to F.R.C.P. 41 (A)(1)(A)(II) - MAKE JS-6

☐ Entered _____.

Initials of Preparer    sr